**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY IBARRA,<br><br>        Petitioner,<br><br>     v.<br><br>JOE McGRATH (Warden),<br><br>        Respondent. | No. CV 02-3531 SVW (CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION AND SUPPLEMENTAL REPORT AND RECOMMENDATION OF UNITED STATE MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge, all objections thereto, and the Supplemental Report and Recommendation. The court has made a _de novo_ determination with respect to those portions of the Report and Recommendation to which objection has been made.

    **IT IS ORDERED**: (1) that the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the

1 petition and dismissing this action with prejudice.

2 **IT IS FURTHER ORDERED** that this order and the judgment herein be
3 served on the parties.

4

5 DATED: April 21, 2011

6
7 _____
8 STEPHEN V. WILSON
United States District Judge