## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY IBARRA, | ) | No. CV 02-3531 SVW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOE McGRATH (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>April 21, 2011</u>

　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　United States District Judge